In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00401-CV**
_____

**JOHN TURNER AND MICHELLE TURNER, Appellants**

**V.**

**MONTGOMERY CENTRAL APPRAISAL DISTRICT, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-07-09850-CV**

**MEMORANDUM OPINION**

On December 10, 2019, we notified the parties that the appeal would be dismissed unless the appellants remitted the filing fee for the appeal. Appellants did not respond.

Appellants did not file an affidavit of indigence on appeal and have not shown that they are entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1.

1

There being no satisfactory explanation for the failure to pay the filing fee for the appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

PER CURIAM

Submitted on January 15, 2020
Opinion Delivered January 16, 2020

Before Kreger, Horton, and Johnson, JJ.